RICE & BRONITSKY
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone:  650-289-9088
Facsimile:   650-289-9093
price@civlit.com

Attorneys for Plaintiffs Steven Nerayoff
and SN LaGuardia Investors, Inc.

E-FILING

FILED
JAN 26 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

STEVEN NERAYOFF and SN LAGUARDIA INVESTORS, INC.,

Plaintiffs,

v.

RAGER, BELL, DOSKOCIL & MEYER aka RBDM RAGER MEYER AND RAGER MEYER ACCOUNTANCY CORPORATION; ROSSI DOSKOCIL & FINKELSTEIN, LLP; and BRAD DOSKOCIL,

Defendants.

Case No.: **CV 11-00386**  PSG

**COMPLAINT FOR PROFESSIONAL NEGLIGENCE**

**DEMAND FOR TRIAL BY JURY**

COME NOW Plaintiffs Steven Nerayoff and SN LaGuardia Investors, Inc., and demanding trial by jury, allege as follows:

## GENERAL ALLEGATIONS

1.  Plaintiff Steven Nerayoff ("Neryaoff"), is an individual residing in the State of New York.

2.  Plaintiff SN LaGuardia Investors, Inc. is a Delaware corporation in good standing, with its principal place of business in the State of New York.

3.  Defendant Rager, Bell, Doskocil & Meyer aka RBDM Rager Meyer and Rager Meyer

---

COMPLAINT

1

Accountancy Corporation ("Rager") is an accounting firm of unknown form, whose principal place of business is in the County of Los Angeles, California.

4. Defendant Rossi Doskocil & Finkelstein, LLP ("Rossi") is an accounting firm, practicing as a limited liability partnership, whose principal place of business is in the County of Los Angeles, California.

5. Defendant Brad Doskocil ("Doskocil"), is, and all times herein mentioned was, a certified public accountant licensed to practice at least in the State of California. On information and belief, Doskocil is a citizen of the State of California.

## JURISDICTION

6. The Court has jurisdiction of this Complaint, pursuant to 28 USC 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000.

## VENUE

7. Venue is proper in the Northern District of California under 28 USC 1391(a), in that a substantial part of the events or omissions giving rise to the claim occurred in said District.

8. Assignment to the San Jose Division is proper in that a substantial part of the events or omissions giving rise to the claim occurred in said Division.

## FIRST CLAIM FOR RELIEF (PROFESSIONAL NEGLIGENCE)

9. Defendants Rager, Rossi, and Doskocil, and each of them, rendered to Plaintiffs accounting, income tax planning, income tax return preparation, and audit representation services with respect to Plaintiffs' Federal and State income tax obligations and returns for calendar years 1999, 2000, and 2001.

10. Defendants Rager, Rossi, and Doskocil, and each of them, failed to exercise the proper degree of knowledge and skill common to Certified Public Accountants. The negligence of Defendants Rager, Rossi, and Doskocil, and each of them, was a substantial contributing factor to the issuance to Plaintiffs, by the Internal Revenue Service, of notices of deficiencies and assessments of additional taxes, interest and penalties due in amounts not yet determined exactly, but totaling in the millions of dollars, and further to Plaintiffs being required to retain the services of other professionals to assist them in negotiating with, and contesting, the notices of deficiencies and

COMPLAINT

assessments of the Internal Revenue Service, all to Plaintiffs' damage in an amount to be determined at trial.

**WHEREFORE,** Plaintiffs pray judgment as follows:

1. For damages, according to proof;
2. For costs;
3. For interest; and
4. For such other and further relief as the Court may deem proper.

**Demand for Jury Trial**

Dated: January 26, 2011

**RICE & BRONITSKY**

By: /s/ Paul E. Rice
Paul E. Rice
Attorneys for Plaintiffs Steven Nerayoff
and SN LaGuardia Investors, Inc.

RICE & BRONITSKY
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

COMPLAINT

3