Stephanie Sessions Perkins, Bar No. 131462
Rebecca S. Keim, Bar No. 227919
CHAPMAN GLUCKSMAN DEAN ROEB & BARGER
A Professional Corporation
7509 Madison Avenue, Suite 112
Citrus Heights, California 95610
Telephone: (916) 723-6401
Facsimile: (916) 966-2769

Attorneys for Specially Appearing Defendants, RAGER, BELL, DOSKOCIL, AND MEYER aka RBDM RAGER MEYER AND RAGER MEYER ACCOUNTANCY CORPORATION; ROSSI DOSKOCIL & FINKELSTEIN, LLP; and BRAD DOSKOCIL, CPA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NERAYOFF and SN LAGUARDIA INVESTORS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>RAGER, BELL, DOSKOCIL, AND MEYER aka RBDM RAGER MEYER AND RAGER MEYER ACCOUNTANCY CORPORATION; ROSSI DOSKOCIL & FINKELSTEIN, LLP; and BRAD DOSKOCIL,<br><br>Defendants. | Case No.: CV11-00386 (PSG)<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

COME NOW the parties, Plaintiff STEVEN NERAYOFF ("Nerayoff") and Plaintiff SN LAGUARDIA INVESTORS, INC., a Delaware corporation ("SN" and together with Nerayoff, "Plaintiffs") and specially appearing Defendants RAGER, BELL, DOSKOCIL, AND MEYER aka RBDM RAGER MEYER AND RAGER MEYER ACCOUNTANCY CORPORATION ("RBDM"); ROSSI DOSKOCIL & FINKELSTEIN, LLP ("Rossi"); and BRAD DOSKOCIL ("Doskocil" and together

with RBDM and Rossi, "Defendants") (Plaintiffs and Defendants are together referred to as the "Parties"), by and through their counsel of record and as a stipulation in the above referenced matter, state as follows:

1. Defendant RBDM was served with the Summons and Complaint in this matter on or about March 11, 2011 and its response is due April 1, 2011.

2. Defendant Rossi was served with the Summons and Complaint in this matter on or about March 11, 2011 and its response is due April 1, 2011.

3. Defendant Brad Doskocil, CPA was served with the Summons and Complaint in this matter on or about March 11, 2011 and his response is due April 1, 2011.

4. Defendants specially appear before the Court in this Joint Stipulated Request for the sole purpose stated herein and do not waive any objections that may be asserted as to jurisdiction and/or venue. Further this Joint Stipulated Request is entered into and the special appearance is made without any prejudice to Defendants ability to bring a motion to dismiss this action and/or to bring a motion for an Order transferring this action on the grounds that venue in the Northern District is improper.

5. The Parties have informally discussed preliminary matters regarding possible change of venue and tolling agreements, and believe that these matters may be resolved by the Parties before an appearance is required by the Defendants.

6. Further investigation into the facts, circumstances, and issues in this case merit an extension of time for Defendants to respond to the Complaint.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties and the Parties hereby request the following:

1. The deadline for Defendants' response to the Complaint be extended 60 days pursuant to Federal Rules of Civil Procedure 6 and Civil Local Rule 6-2 from April 1, 2011 to May 31, 2011;

  2. The meet and confer and filing deadline pursuant to Federal Rules of Civil Procedure Rule 26(f) and ADR L.R. 3-5; Civil L.R. 16-8(b) and ADR L.R. 3-5(b); and Civil L.R. 16-8(c) and ADR L.R. 3-5(b) and (c) be continued from April 5, 2011 to June 6, 2011;

  3. The Rule 26(f) Report filing deadline pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) and Civil L.R. 16-9 be continued from April 19, 2011 to June 20, 2011;

  4. The date of the Case Management Conference be continued from April 26, 2011 to June 27, 2011; and

  5. Plaintiffs' reply to Defendants' response to the Complaint and to any motions therein is due on July 1, 2011; and

  6. Any other requirements under Rule 26 be similarly continued for 60 days.

DATED: March 31, 2011    **CHAPMAN GLUCKSMAN DEAN ROEB & BARGER**
A Professional Corporation


By: /s/ Stephanie Sessions Perkins
**STEPHANIE SESSIONS PERKINS**
**REBECCA S. KEIM**
Attorneys for Specially Appearing Defendants, RAGER, BELL, DOSKOCIL, AND MEYER aka RBDM RAGER MEYER AND RAGER MEYER ACCOUNTANCY CORPORATION; ROSSI DOSKOCIL & FINKELSTEIN, LLP; and BRAD DOSKOCIL, CPA


DATED: March 31 , 2011      **RICE & BRONITSKY**

By: /s/ Paul E. Rice
**PAUL E. RICE**
Attorneys for Plaintiff, STEVEN NERAYOFF and SN LAGUARDIA INVESTORS, INC.

JOINT STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2011

_____
THE HONORABLE PAUL S. GREWAL
Judge of the United States District Court
For the Northern District of California

JOINT STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER