UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NERAYOFF, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RAGER, BELL, DOSKOCIAL, AND MEYER, et al.,<br><br>　　　　　Defendants. | Case No.: C 11-00386 PSG<br><br>**ORDER DENYING STIPULATED REQUEST**<br><br>**(Re: Docket No. 4)** |

　　　The parties have filed a stipulated request to continue several deadlines including the date of the case management conference. A court order is not necessary for parties to stipulate to extend the time within which to respond to a complaint or for matters not required to be filed or lodged with the court, provided the change will not alter the date of any event already fixed by court order.[1] A court order is required only when the change alters an event or deadline that is already fixed by court order or that involves papers required to be filed or lodged with the court (other than an initial response to the complaint).[2]

　　　IT IS HEREBY ORDERED that the stipulated request is DENIED. The parties' stipulation

---

[1] *See* Civ. L.R. 6-1(a).

[2] *See* Civ. L.R. 6-1(b).

is sufficient to extend those deadlines subject to Civ. L.R. 6-1(a). The timing of events and deadlines that cannot be extended without a court order, as noted in Civ. L.R. 6-1(b) however, remain unchanged.

Dated: April 5, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge